

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703

July 23, 2024

Jonathan Greenberg
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

    Re:    *United States v. Erik Smay*
            Case No: 24-cr-00051-wmc

Dear Attorney Greenberg:

    Additional discovery is being provided to you thru USAfx. Included is a log which lists this discovery. These items are Bates labeled SMAY_1302-1386.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                                  Very truly yours,

                                  TIMOTHY M. O'SHEA
                                  United States Attorney

                            By: /s/ *Steven Ayala*
                                STEVEN AYALA
                                Assistant United States Attorney